UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA SNIDER,

    Plaintiff,

v.

MATTHEW JEX and
UNKNOWN KERR,

    Defendants.
_____/

Case No. 1:20-cv-1252

Hon. Hala Y. Jarbou

## ORDER

On May 10, 2022, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that Defendants' motion for summary judgment (ECF No. 13) be granted and that this action be terminated (ECF No. 15). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on May 24, 2022. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 15) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 13) is **GRANTED**.

2

**IT IS FURTHER ORDERED** that the Court declines to certify that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date: June 9, 2022         /s/ Hala Y. Jarbou
                           HALA Y. JARBOU
                           UNITED STATES DISTRICT JUDGE